# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## JUDGMENT RENDERED AUGUST 2, 2024

---

### NO. 03-24-00060-CV

---

**Silicon Hills Campus LLC; WC Hirshfeld Moore, LLC; WC 805-809 East Sixth, LLC; WC 320 Congress, LLC; WC 901 East Cesar Chavez, LLC; WC 1212 East Sixth, LLC; WC 9005 Mountain Ridge, LLC; WC 103 East Fifth, LLC; and WC 422 Congress, LLC, Appellants**

**v.**

**ATX Debt Fund 1, LLC; ATX Debt Fund 2, LLC; Congress Avenue Holdings, LLC; Karlin Real Estate, LLC; Karlin Asset Management, Inc.; Pennybacker Capital, LLC; Congress Avenue Holdings GP, LLC; Congress Avenue Holdings, LP; Karlin Cesar Chavez, LLC; Karlin River Place, LLC; Karlin East Sixth, LLC; Karlin Mountain Ridge, LLC; Karlin Phillips Building, LLC; Karlin 320 Congress, LLC; and Karlin 422 Congress, LLC, Appellees**

---

**APPEAL FROM THE 261ST DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES BAKER, SMITH, AND THEOFANIS
DISMISSED ON APPELLANTS' MOTION -- OPINION BY JUSTICE SMITH**

---

This is an appeal from the judgment signed by the trial court on October 25, 2023. Appellants have filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. Each party shall bear their own costs relating to this appeal, both in this Court and in the court below.